IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ALFRED COCKRELL,**          **CASE NO.  2:07-cv-956**
                              **JUDGE SMITH**
     **Petitioner,**          **MAGISTRATE JUDGE ABEL**

    v.

**TIMOTHY BRUNSMAN, Warden,**

     **Respondent.**

**OPINION AND ORDER**

On September 26, 2007, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed as barred by the one-year statute of limitations under 28 U.S.C. §2244(d).  Although the parties explicitly were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.**  This action is hereby **DISMISSED**.

    **IT IS SO ORDERED.**

                                                    /s/ George C. Smith
                                                      GEORGE C. SMITH
                                              United States District Judge